UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YAZAN MUSLEH and
HUDA MUSLEH,

       NO:   2:10-cv-11344

    Plaintiffs,
vs.                                    HON:   ROBERT H. CLELAND
                                                  Mag:  Judge Mark A. Randon

STATE FARM FIRE AND             Wayne County Circuit Court
CASUALTY COMPANY,              Case No. 10-003551-CK

    Defendant.
_____/
HOWARD E. GURWIN   (P25179)
Attorney for Plaintiffs
645 Griswold, Suite 3080
Detroit, MI  48226
(313) 963-2727
heglaw@sbcglobal.net

**PATRICK, JOHNSON & MOTT, P.C.**
**By:     DENNIS L. HEARON   (P32201)**
Attorneys for Defendant
27777 Franklin Road, Suite 1400
Southfield, MI  48034
(248) 356-8590
(248) 356-7934 (Fax)
dhearon@pjmpc.com
_____/

## ORDER GRANTING DEFENDANT'S   MOTION TO COMPEL AMIN ALMADRAHI TO ATTEND HIS DEPOSITION

At a session of said Court, held in the City of
Detroit, County of Wayne, State of Michigan,
on: October 29, 2010

PRESENT:   HON: Robert H. Cleland
                    U.S. DISTRICT COURT JUDGE

This matter having come before the Court pursuant to Defendant's Motion to Compel Amin Almadrahi to Attend his Deposition or, in the Alternative, Motion for an Order Holding Amin Almadrahi in Contempt and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant State Farm's Motion to Compel is GRANTED;

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant State Farm may serve Amin Almadrahi with a deposition notice and subpoena by firmly tacking and posting the Order of the Court to compel Amin Almadrahi to appear for his deposition and the subpoena for deposition at Amin Almadrahi's residence located at 3980 Trowbridge Street, Flat #2, Hamtramck, Michigan.

 s/Robert H. Cleland
U.S. DISTRICT COURT JUDGE

As stipulated to by:

____/s/   Howard E. Gurwin_____
HOWARD E. GURWIN   (P25179)
Attorney for Plaintiffs


____/s/   Dennis L. Hearon_____
DENNIS L. HEARON (P32201)
Attorney for Defendant